UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

UNITED STATES OF AMERICA,                                    :

        -against-                                              :

MARVIN FORSYTHE,                                             :

                Defendant.          :

------------------------------------------------------------- X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  12/12/2025 |

1:25-cr-667-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      A proceeding in this matter will take place on December 17, 2025 at 10:00 a.m.  The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.  The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

      SO ORDERED.

Dated:  December 12, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge