USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

UNITED STATES OF AMERICA,

-v-

MARVIN FORSYTHE,

Defendant.

---------------------------------------------------------------- X

1:25-cr-669-GHW
1:25-cr-667-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through JAMES M. MCDONALD, United States Attorney for the Southern District of New York, VARUN ANAND GUMASTE, Assistant United States Attorney, of counsel, and with the consent of MARVIN FORSYTHE, by and through his attorney, MARISA K. CABRERA, it is hereby ORDERED that the pretrial conference in this case be continued from November 6, 2026 to December 18, 2026 at 10:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through December 18, 2026 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motions pending at Dkt. No. 30 in 1:25-cr-669-GHW and Dkt. No. 16 in 1:25-cr-667-GHW.

SO ORDERED.

Dated: November 5, 2026
New York, New York

GREGORY H. WOODS
United States District Judge